U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 7 2023
CLERK, U.S. DISTRICT COURT
By [signature]
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

---

**SPECIAL ORDER NO. 3-351**

Effective December 7, 2023, active cases that are assigned or referred to United States Magistrate Judge Irma C. Ramirez will be transferred to the dockets of the other magistrate judges in the Dallas Division as outlined on Exhibit A attached to this order. Any case assigned to Magistrate Judge Ramirez not listed on Exhibit A will be reassigned as necessary via random assignment to another magistrate judge in the Dallas Division.

**SO ORDERED.**

December 7, 2023

DAVID C. GODBEY
CHIEF JUDGE

EXHIBIT A

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE IRMA C. RAMIREZ TO JUDGE RENÉE H. TOLIVER | | |
|---|---|---|
| # | Case No. | Case Name |
| 1 | 3:15-cv-03912-B | Vickers v. USA |
| 2 | 3:16-cv-01848-K | Mayes v. USA |
| 3 | 3:19-cv-02281-K | Federal Trade Commission v. Match Group Inc |
| 4 | 3:20-cv-03476-D | Valdez-Villalobos v. USA |
| 5 | 3:21-cv-00015-L | Kelley v. Barr |
| 6 | 3:21-cv-00249-N | Gomez v. USA |
| 7 | 3:21-cv-01128-B | Lopez-Hernandez v. USA |
| 8 | 3:21-cv-01532-D | Rambo v. USA |
| 9 | 3:21-cv-01713-L | Veasey v. USA |
| 10 | 3:21-cv-02044-B | Hudgens v. USA |
| 11 | 3:21-cv-02177-D | Ramirez v. USA |
| 12 | 3:21-cv-02237-M | Hernandez v. USA |
| 13 | 3:21-cv-02287-L | Segura-Resendez v. USA |
| 14 | 3:21-cv-02932-X | Dunn v. USA |
| 15 | 3:21-cv-03167-M | Sealed v. Sealed |
| 16 | 3:22-cv-00357-S | Saustegui-Perez v. USA |
| 17 | 3:22-cv-00515-N | Exxon Mobil Corporation v. United States of America |
| 18 | 3:22-cv-00914-M | Armstrong v. USA |
| 19 | 3:22-cv-01161-N | Lowery v. USA |
| 20 | 3:22-cv-01340-B | Sila v. USA |
| 21 | 3:22-cv-01353-M | Joe v. USA |
| 22 | 3:22-cv-01415-S | Securities and Exchange Commission v. Baker et al |
| 23 | 3:22-cv-01507-N | Braddick v. USA |
| 24 | 3:22-cv-01786-N | Hermesch v. USA |
| 25 | 3:22-cv-01869-E | Walsh v. Peterson, et al |
| 26 | 3:22-cv-01945-B | Sanchez v. USA |
| 27 | 3:22-cv-02157-G | United States of America v. King et al |
| 28 | 3:22-cv-02304-B | Reece v. United States of America |
| 29 | 3:22-cv-02318-B | Brewer v. USA |
| 30 | 3:22-cv-02367-O | Pittman v. United States of America |
| 31 | 3:22-cv-02460-N | Royes v. USA |
| 32 | 3:22-cv-02601-K | Dent v. McDonough |
| 33 | 3:22-cv-02782-E | Samano-Mancilla v. USA |
| 34 | 3:22-cv-02905-B | Rahim v. USA |
| 35 | 3:22-mc-00014-N | Sealed v. Sealed |
| 36 | 3:22-mc-00079-X | National Labor Relations Board, Region 16 v. LM Carpet Cleaning Resurfacing & Power Washing |
| 37 | 3:23-cv-00074-K | Pool v. United States of America |
| 38 | 3:23-cv-00200-S | Williams v. Commissioner, Social Security Administration |
| 39 | 3:23-cv-00259-L | Morales v. USA |
| 40 | 3:23-cv-00348-S | Sealed v. Sealed |
| 41 | 3:23-cv-00539-E | Aguayo v. United States of America |
| 42 | 3:23-cv-00731-X | Griffin v. Equifax Information Services LLC et al |
| 43 | 3:23-cv-00795-M | Perez v. Experian Information Soutions et al |
| 44 | 3:23-cv-01004-X | Williams v. Bureau of Prisons |
| 45 | 3:23-cv-01126-B | Ramirez-Ramirez v. USA |
| 46 | 3:23-cv-01177-D | Leonard v. Commissioner, Social Security Administration |
| 47 | 3:23-cv-01282-L | Sealed v. Sealed |
| 48 | 3:23-cv-01370-N | Rosales v. USA |

EXHIBIT A

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE IRMA C. RAMIREZ TO JUDGE RENÉE H. TOLIVER | | |
|---|---|---|
| # | Case No. | Case Name |
| 49 | 3:23-cv-01399-G | Dill v. Experian Information Solutions Inc. |
| 50 | 3:23-cv-01481-E | Sealed v. Sealed |
| 51 | 3:23-cv-01488-G | Nathan Thomas v. Commissioner, Social Security Administration |
| 52 | 3:23-cv-01645-X | Moses v. USA |
| 53 | 3:23-cv-01698-L | Jaffari v. Garland et al |
| 54 | 3:23-cv-01771-K | Day et al v. Experian Information Solutions Inc et al |
| 55 | 3:23-cv-01842-X | Gayton v. Rivers |
| 56 | 3:23-cv-01882-L | Browning v. USA |
| 57 | 3:23-cv-02030-K | Ibarra-Hernandez v. USA |
| 58 | 3:23-cv-02046-N | Morrison v. Dallas County Human Sex Trafficking Task Force et al |
| 59 | 3:23-cv-02088-L | Gordon v. Kellam |
| 60 | 3:23-cv-02174-X | Scottline LLC v. United States of America et al |
| 61 | 3:23-cv-02207-N | Schmeer et al v. Blinkin et al |
| 62 | 3:23-cv-02324-B | Delgado v. United States of America |
| 63 | 3:23-cv-02358-D | Montante et al v. Federal Bureau of Prisons |
| 64 | 3:23-cv-02402-E | Lathem et al v. Blinken |
| 65 | 3:23-cv-02438-N | Blanks v. Federal Correctional Institution Seagoville et al |
| 66 | 3:23-cv-02458-B | Blair v. Department of Veterans Affairs |
| 67 | 3:23-cv-02496-X | Malachowski v. United States of America |
| 68 | 3:23-cv-02549-S | Gonzalez-Oregel v. USA |
| 69 | 3:23-cv-02606-X | Angels of Care Home Health Inc . Becerra |
| 70 | 3:23-mc-00074-B | United States of America v. $101,994.00 US Currency et al |
| 71 | 3:20-cv-01835 | Boss Exotics LLC v. Crosta and Partners LLC |

EXHIBIT A

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE IRMA C. RAMIREZ TO JUDGE DAVID L. HORAN | | |
|---|---|---|
| # | Case No. | Case Name |
| 1 | 3:17-cv-02713-X | Capio Funding LLC v. Rural/Metro Operating Company LLC et al |
| 2 | 3:18-cv-00898-M | Balboa Capital Corporation v. Okoji Home Visits MHT LLC et al |
| 3 | 3:18-cv-02862-M | Jean et al v. Guyger et al |
| 4 | 3:18-cv-03308-E | Kelson et al v. City of Dallas et al |
| 5 | 3:19-cv-01067-K | Von Colditz v. Woods et al |
| 6 | 3:20-cv-00045-D | Rodriguez v. Southern Health Partners Inc et al |
| 7 | 3:20-cv-00313-N | Hamilton et al v. Dallas County |
| 8 | 3:20-cv-00691-D | Shen v. Exela Technologies Inc et al |
| 9 | 3:20-cv-01358-E | Coleman et al v. Brozen et al |
| 10 | 3:20-cv-03636-K | Blue Yonder Group Inc v. Kinaxis Inc et al |
| 11 | 3:21-cv-00957-B | Briones v. Director, TDCJ, CID |
| 12 | 3:21-cv-01253-B | Coleman v. Combs et al |
| 13 | 3:21-cv-01284-N | Gutierrez v. Director, TDCJ-CID |
| 14 | 3:21-cv-01498-B | Halperin et al v. Wills et al |
| 15 | 3:21-cv-01868-L | Greenidge v. Carter et al |
| 16 | 3:21-cv-02203-X | SJ Professional Services LLC et al v. Breiter-Wu et al |
| 17 | 3:21-cv-02627-D | Ryan v. Wells Fargo Bank NC |
| 18 | 3:21-cv-02677-N | Armstrong et al v. Bam! Pizza Management Inc et al |
| 19 | 3:21-cv-02996-N | Jones v. Director, TDCJ-CID |
| 20 | 3:22-cv-00034-X | McClung et al v. Wal-Mart Stores Texas LLC et al |
| 21 | 3:22-cv-00141-N | Bell v. Moore |
| 22 | 3:22-cv-00290-B | Impact Finishing Inc v. Wild Card Inc et al |
| 23 | 3:22-cv-00392-B | Worrall v. Love Style Inc et al |
| 24 | 3:22-cv-00525-X | Fiberco, Inc. v. Acadia Insurance Company |
| 25 | 3:22-cv-01342-B | Noviello v. iVest 360 LLC |
| 26 | 3:22-cv-01394-G | Fenner v. Hanna et al |
| 27 | 3:22-cv-01441-G | Serges v. Evergreen Presbyterian Ministries of Texas Inc et al |
| 28 | 3:22-cv-01612-B | Wallace v. Fiesta Mart LLC |
| 29 | 3:22-cv-01703-D | IR Air Inc v. Petros et al |
| 30 | 3:22-cv-01751-S | Ako v. Arriva Best Security Inc et al |
| 31 | 3:22-cv-01770-L | Overton v. Navajo Express Inc et al |
| 32 | 3:22-cv-01889-K | Roubinek v. PHH Mortgage |
| 33 | 3:22-cv-01933-X | Grimes v. Santander Consumer USA |
| 34 | 3:22-cv-01936-B | Richardson v. Walmart Stores Texas LLC et al |
| 35 | 3:22-cv-02018-N | Zurich American Insurance Company v. Great West Casualty Company |
| 36 | 3:22-cv-02062-X | Shuler Drilling Company Inc v. Disiere Partners LLC, et al |
| 37 | 3:22-cv-02151-B | Sailer v. American Bankers Insurance Company of Florida |
| 38 | 3:22-cv-02161-S | USI Southwest Inc v. HUB International Insurance Services Inc |
| 39 | 3:22-cv-02403-N | Carey v. Director, TDCJ-CID |
| 40 | 3:22-cv-02410-G | Castillo v. Walmart Inc et al |
| 41 | 3:22-cv-02471-S | Martinez, Jr v. Peterson et al |
| 42 | 3:22-cv-02475-E | Horton v. 360 Digital Media LLC |
| 43 | 3:22-cv-02600-X | Venzant v. Bigelow Arizona TX-282 LP et al |
| 44 | 3:22-cv-02774-E | Samurai Global LLC v. Brothers et al |
| 45 | 3:22-cv-02781-N | Cottingim v. Emergency Staffing Solutions Inc. |

EXHIBIT A

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE IRMA C. RAMIREZ TO JUDGE DAVID L. HORAN | | |
|---|---|---|
| # | Case No. | Case Name |
| 46 | 3:22-cv-02789-G | Scott v. Equifax Information Services LLC et al |
| 47 | 3:22-cv-02798-K | Karim v. Covalent Grup Inc et al |
| 48 | 3:22-cv-02805-L | Ison-Newsome v. JPMorgan Chase Bank National Association |
| 49 | 3:22-cv-02816-D | Smith v. Reyes et al |
| 50 | 3:22-cv-02837-B | Frank Surveying Co Inc v. Harp |
| 51 | 3:22-cv-02874-K | Fernau v. Kaunas Trucking Inc et al |
| 52 | 3:22-cv-02923-N | NBTY Manufacturing LLC v. Compass Alpha LLC |
| 53 | 3:23-cv-00010-N | Sims v. Dallas Independent School District |
| 54 | 3:23-cv-00086-M | Baze v. County Constable |
| 55 | 3:23-cv-00099-K | Lewis v. Bridgestone Americas Tire Operations LLC |
| 56 | 3:23-cv-00116-M | Maynard v. QuikTrip Corporation et al |
| 57 | 3:23-cv-00118-L | Howard v. Walmart Inc |
| 58 | 3:23-cv-00185-L | Mitchell v. Sorenson Communication |
| 59 | 3:23-cv-00230-X | Faulk v. Owens Cornings |
| 60 | 3:23-cv-00243-S | PHL Variable Insurance Company v. Estate of James E. Frost II et al |
| 61 | 3:23-cv-00244-L | Gutierrez v. Dallas County Municipalities and Entities et al |
| 62 | 3:23-cv-00280-K | Mercury Associates Inc v. Primoris Services Corporation |
| 63 | 3:23-cv-00303-N | Paige v. State Farm Lloyds |
| 64 | 3:23-cv-00307-E | Hardisty v. Family Moving Services Inc. |
| 65 | 3:23-cv-00333-M | Campos v. Swift Beef Company |
| 66 | 3:23-cv-00370-S | G&G Closed Circuit Events LLC v. Bar Sante Fe LLC et al |
| 67 | 3:23-cv-00391-D | Walker v. Hoffman et al |
| 68 | 3:23-cv-00419-K | OQ Chemicals Corporation v. Turner Industries Group LLC |
| 69 | 3:23-cv-00457-E | Dolan v. Penske Automotive Group Inc et al |
| 70 | 3:23-cv-00545-G | The Décor Group Inc v. River City Lights Inc et al |
| 71 | 3:23-cv-00547-K | Bilbo v. Central Transport LLC |
| 72 | 3:23-cv-00568-B | Cunningham v. State Farm Lloyds |
| 73 | 3:23-cv-00604-K | OSGHD LLC v. Nomi Health Inc et al |
| 74 | 3:23-cv-00606-S | Sol v. City of Dallas Texas |
| 75 | 3:23-cv-00607-G | James et al v. Experian Information Solutions Inc et al |
| 76 | 3:23-cv-00643-G | Celestine v. Kroger Texas L.P. |
| 77 | 3:23-cv-00649-K | Santry et al v. Ocwen Loan Servicing LLC |
| 78 | 3:23-cv-00681-D | Scott v. Kroger Texas LP |
| 79 | 3:23-cv-00705-L | Brady v. QuikTrip Corporation et al |
| 80 | 3:23-cv-00706-E | Arka Mesquire Investments LLC et al v. Philadelphia Indemnity Insurance Company |
| 81 | 3:23-cv-00747-X | Goodwin v. Sedgewick Claim Management Services Inc et al |
| 82 | 3:23-cv-00757-D | Manigo v. JB Hunt Transport Inc et al |
| 83 | 3:23-cv-00763-N | GH Holistic LLC v. Wizard's Smoke Shop LLC et al |
| 84 | 3:23-cv-00803-L | Innovative Sports Management Inc v. Longhorn IceHouse LLC et al |
| 85 | 3:23-cv-00804-N | Innovative Sports Management Inc v. Mi Pueblito Colombiano LLC et al |
| 86 | 3:23-cv-00819-G | White v. Wal-Mart Stores Texas LLC |
| 87 | 3:23-cv-00845-L | Dairy Brands Fluid LLC et al v. Altium Packaging LP |
| 88 | 3:23-cv-00850-K | Williams v. ACCO Brands Corporation et al |

EXHIBIT A

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE IRMA C. RAMIREZ TO JUDGE DAVID L. HORAN | | |
|---|---|---|
| # | Case No. | Case Name |
| 89 | 3:23-cv-00873-M | Savannah at Lakeview LP et al v. Certain Underwriters at Lloyd's London et al |
| 90 | 3:23-cv-00874-L | Forteza v. Vehicle Service Department et al |
| 91 | 3:23-cv-00882-L | GS Holistic LLC v. B Over 21 Inc et al |
| 92 | 3:23-cv-00977-S | Brown v. Sam's East Inc |
| 93 | 3:23-cv-00996-D | King v. Costco Wholesale Corporation |
| 94 | 3:23-cv-01018-X | Licht v. Ling et al |
| 95 | 3:23-cv-01028-K | Gathright v. Wayne McCollum Detention Center |
| 96 | 3:23-cv-01030-E | Wells v. Nationstar Mortgage LLC |
| 97 | 3:23-cv-01036-N | Gomez v. Mohamud et al |
| 98 | 3:23-cv-01037-K | Smarr v. CVS Health Corporation et al |
| 99 | 3:23-cv-01039-B | Jane Doe AS v. Salesforce Inc et al |
| 100 | 3:23-cv-01104-M | Quintana Gonzalez v. LJ Drilling Inc et al |
| 101 | 3:23-cv-01180-E | Nobles v. Nationstar Mortgage LLC |
| 102 | 3:23-cv-01199-E | Gores v. Trans Union LLC et al |
| 103 | 3:23-cv-01216-S | Retana v. Wal-Mart Stores Texas LLC et al |
| 104 | 3:23-cv-01228-G | Garcia v. Fiesta Mart LLC et al |
| 105 | 3:23-cv-01254-L | Vino v. Liberty Mutual Personal Insurance Company et al |
| 106 | 3:23-cv-01297-B | Josey v. Caris Life Science Inc |
| 107 | 3:23-cv-01301-X | Dheera Limited Company v. Johnson Controls Inc et al |
| 108 | 3:23-cv-01333-E | Adame v. University of Texas at Dallas |
| 109 | 3:23-cv-01339-E | Terri E Newkirk IRA v. Kelly e tal |
| 110 | 3:23-cv-01345-L | Russell v. Kroger Texas, LP |
| 111 | 3:23-cv-01349-S | Jacob v. CVS Pharmacy Inc |
| 112 | 3:23-cv-01356-L | Perez v. Specialized Loan Servicing LLC et al |
| 113 | 3:23-cv-01371-G | West v. R&K Enterprise Colutions et al |
| 114 | 3:23-cv-01375-X | Isidro v. CRST Expedited Inc et al |
| 115 | 3:23-cv-01382-G | Akmal v. Columbia Debt Recovery LLC |
| 116 | 3:23-cv-01390-E | Pertee v. Risher et al |
| 117 | 3:23-cv-01397-K | Chanel Inc v. Vintage to Vogue Designs LLC et al |
| 118 | 3:23-cv-01443-S | Staggs v. Equifax Information Services LLC et al |
| 119 | 3:23-cv-01453-E | Johnson et al v. Lane et al |
| 120 | 3:23-cv-01476-X | Air Vent Inc v. Powerman Electric Co Ltd Guangdong |
| 121 | 3:23-cv-01503-B | Charitable DAF Fund LP et al v. Highland Capital Management LP |
| 122 | 3:23-cv-01505-L | Cox v. Bristo et al |
| 123 | 3:23-cv-01507-B | GS Holistic LLC v. HGBP LLC e tal |
| 124 | 3:23-cv-01525-X | Biovant LLC v. BTI AG LLC et al |
| 125 | 3:23-cv-01537-X | Bryant v. Villalobos |
| 126 | 3:23-cv-01556-E | Post v. Williams Rush & Associates LLC et al |
| 127 | 3:23-cv-01557-D | Clark v. Wyndham Worldwide, Inc. |
| 128 | 3:23-cv-01561-K | Erwin et al v. Metalcraft of Mayville Inc. |
| 129 | 3:23-cv-01572-K | Ferrari Financial Service Inc v. Yoo et al |
| 130 | 3:23-cv-01582-S | Dugan et al v. Reservoir Restaurant Inc. |
| 131 | 3:23-cv-01591-S | Wozniak v. Hanson et al |
| 132 | 3:23-cv-01613-X | Yeats v. Jenkins & Youth PC |
| 133 | 3:23-cv-01617-X | Holmes v. Equifax Information Services LLC et al |
| 134 | 3:23-cv-01621-S | Niter et al v. Brown et al |
| 135 | 3:23-cv-01630-B | Reed v. Fiesta Mart LLC |
| 136 | 3:23-cv-01638-N | Aguilar v. Wal-Mart Stores Texas LLC |

EXHIBIT A

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE IRMA C. RAMIREZ TO JUDGE DAVID L. HORAN | | |
|---|---|---|
| # | Case No. | Case Name |
| 137 | 3:23-cv-01653-N | Minor v. Portfolio Recovery Associates LLC |
| 138 | 3:23-cv-01669-B | Strike 3 Holdings LLC v. Does |
| 139 | 3:23-cv-01675-L | Van-Zandt Reiss et al v The Bank of New York Mellon |
| 140 | 3:23-cv-01680-S | Trigg et al v. Martin et al |
| 141 | 3:23-cv-01690-S | Young v. Teamsters 767 |
| 142 | 3:23-cv-01700-L | Vickers v. American Economy Insurance Company |
| 143 | 3:23-cv-01729-G | Coleman v. Swift Transportation |
| 144 | 3:23-cv-01775-X | Palmer v. Wal-Mart Stores Inc. |
| 145 | 3:23-cv-01800-N | Gardner v. Crestbrook Insurance Company |
| 146 | 3:23-cv-01802-E | Mcgehee v. Pallida LLC |
| 147 | 3:23-cv-01804-S | Lindum Development LLC v. Markel Insurance Company |
| 148 | 3:23-cv-01805-E | McConnell v. Applied Digital Corporation et al |
| 149 | 3:23-cv-01855-D | The Charter Oak Fire Insurance Company v. Universal Protection Service LLC |
| 150 | 3:23-cv-01856-E | Moore v. RaceTrac Inc |
| 151 | 3:23-cv-01864-L | VDPP LLC v. One Plus Corp |
| 152 | 3:23-cv-01880-S | Perry v. Equifax Information Services LLC et al |
| 153 | 3:23-cv-01907-X | Haywood v. Walmart Stores Texas LLC |
| 154 | 3:23-cv-01912-S | Lessig v. Fiesta Mart LLC |
| 155 | 3:23-cv-01966-K | Brown v. Equifax Information Services LLC |
| 156 | 3:23-cv-01968-K | Plemons v. Allstate Insurance Company |
| 157 | 3:23-cv-02010-B | Johnson et al v. Crosby Elementary School et al |
| 158 | 3:23-cv-02033-E | Birnam Wood Capital LLC v. Hartford Underwriters Insurance Company |
| 159 | 3:23-cv-02043-X | The Expo Group LLC v. Purdy |
| 160 | 3:23-cv-02056-L | Thompson v. City of Dallas et al |
| 161 | 3:23-cv-02067-G | Sturgeon v. Director, TDCJ-CID |
| 162 | 3:23-cv-02070-G | Summers v. Longbrake et al |
| 163 | 3:23-cv-02076-S | Match Group LLC v. LiveMe America Inc et al |
| 164 | 3:23-cv-02095-N | Dickerson v. Director, TDCJ-CID et al |
| 165 | 3:23-cv-02108-D | Savoia v. Danley |
| 166 | 3:23-cv-02132-L | Gibson v. State of Texas 413th Judicial District Court of Johnson County et al |
| 167 | 3:23-cv-02182-X | Prough v. Dallas County Jail et al |
| 168 | 3:23-cv-02198-L | Caldwell et al v. Duncanville Police Department et al |
| 169 | 3:23-cv-02199-N | Morris v. Parole Board |
| 170 | 3:23-cv-02226-K | Jones v. ABM Industry Groups LLC et al |
| 171 | 3:23-cv-02239-L | Edwards v. First Trust Portfolios LP |
| 172 | 3:23-cv-02270-E | Park Construction and Building Maintenance LLC v. Bureau Veritas Project Management LLC et al |
| 173 | 3:23-cv-02282-G | Collier v. Bristow |
| 174 | 3:23-cv-02284-G | Stanley v. Wal-Mart Stores Texas LLC |
| 175 | 3:23-cv-02294-B | Andrews v. York et al |
| 176 | 3:23-cv-02302-L | Huffman v. Wal-Mart Stores Texas LLC |
| 177 | 3:23-cv-02303-S | Seiko Epson Corporation et al v. Weston Tees LLC et al |
| 178 | 3:23-cv-02305-B | Lynk Media, LLC v. Capital Hill Publishing Corp. |
| 179 | 3:23-cv-02319-K | Martinez v. PTG Logistics LLC et al |
| 180 | 3:23-cv-02373-N | Wilson v. Portfolio Recovery Associates LLC et al |
| 181 | 3:23-cv-02375-E | Nelson v. Unknown |
| 182 | 3:23-cv-02387-L | Nasrallah v. Scottsdale Insurance Company |

EXHIBIT A

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE IRMA C. RAMIREZ TO JUDGE DAVID L. HORAN | | |
|---|---|---|
| # | Case No. | Case Name |
| 183 | 3:23-cv-02389-S | Pecina v. Kroger Texas LP |
| 184 | 3:23-cv-02417-L | Clear Blue Insurance Company v. Whitaker et al |
| 185 | 3:23-cv-02421-X | Principal Life Insurance Company v. Roque et al |
| 186 | 3:23-cv-02426-K | Kolarov v. Dallas College |
| 187 | 3:23-cv-02427-K | Radford v. Texas Board of Pardon and Parole |
| 188 | 3:23-cv-02450-L | Hernandez v. Dollar Tree Store #1326 et al |
| 189 | 3:23-cv-02452-B | Garcia v. Amano Pioneer Eclipse Corporation |
| 190 | 3:23-cv-02481-L | Rodriguez v. The Home Depot USA Inc |
| 191 | 3:23-cv-02484-S | Trotter v. Texas Office of the Attorney General et al |
| 192 | 3:23-cv-02494-S | Hossain v. The Boeing Company |
| 193 | 3:23-cv-02504-K | DAV Sub Inc v. QliqSOFT Inc |
| 194 | 3:23-cv-02525-B | Garret v. Kohls Distribution eFulfillment Center |
| 195 | 3:23-cv-02539-X | Bowers v. Uplift Education |
| 196 | 3:23-cv-02561-N | Borge v. Mr Cooper Group Inc |
| 197 | 3:23-cv-02562-B | Stump v. Mr Cooper Group Inc. |
| 198 | 3:23-cv-02594-E | Verna IP Holdings LLC v. Dais Inc |
| 199 | 3:23-cv-02614-B | Coker v. Allstate Fire and Casualty Insurance Company et al |
| 200 | 3:23-cv-02620-K | The Sherwin Williams Company v. Binswo Partners Ltd |
| 201 | 3:23-cv-02625-X | Trinity Industries Leasing Company v. National Union Fire Insurance Company |
| 202 | 3:23-cv-02633-S | Motton v. Wal-Mart Stores Texas, LLC |
| 203 | 3:23-mc-00026-L | Olin Corporation v. Tenaska Power Services Co. |
| 204 | 3:23-mc-00054-E | Bob Sumerel Tire Co v. Henry N Small MD PA |
| 205 | 3:23-cv-00574-B | Martin v. Penske Logistics LLC |
| 206 | 3:23-cv-00320 | Cali-Curl Inc LLC v. Marianna Industries Inc et al |

EXHIBIT A

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE IRMA C. RAMIREZ TO JUDGE REBECCA RUTHERFORD | | |
|---|---|---|
| # | Case No. | Case Name |
| 1 | 3:16-cv-00279-B | Runnels v. USA |
| 2 | 3:19-cv-01238-E | United States of America et al v. Emergency Staffing Solutions Inc et al |
| 3 | 3:20-cv-01679-D | Holman v. USA |
| 4 | 3:20-cv-03538-L | Flores v. USA |
| 5 | 3:21-cv-00215-D | Thomas v. USA |
| 6 | 3:21-cv-00563-L | Martinez v. USA |
| 7 | 3:21-cv-01366-D | Ware v. USA |
| 8 | 3:21-cv-01680-O | Coleman v. USA |
| 9 | 3:21-cv-01788-X | United States of America v. $67,000 in United States Currency |
| 10 | 3:21-cv-02139-B | Corona-Perez v. USA |
| 11 | 3:21-cv-02184-L | Commodity Futures Trading Commission v. Avila et al |
| 12 | 3:21-cv-02238-M | Hernandez v. USA |
| 13 | 3:21-cv-02331-B | Securities and Exchange Commission v. Plummer et al |
| 14 | 3:21-cv-03013-N | Venegas v. USA |
| 15 | 3:22-cv-00140-G | Broadfield v. Rivers |
| 16 | 3:22-cv-00389-N | Caballero v. USA |
| 17 | 3:22-cv-00737-D | Martinez v. USA |
| 18 | 3:22-cv-01057-L | Roy v. United States of America |
| 19 | 3:22-cv-01242-M | Cardenas v. USA |
| 20 | 3:22-cv-01341-B | Flying R Aviation LLC v. Bondio LLC |
| 21 | 3:22-cv-01359-K | Maya v. USA |
| 22 | 3:22-cv-01429-N | Favila v. USA |
| 23 | 3:22-cv-01781-M | Villasenor v. USA |
| 24 | 3:22-cv-01798-X | Rodgers v. USA |
| 25 | 3:22-cv-01935-X | Crawford v. MagicStar Arrow Entertainment LLC et al |
| 26 | 3:22-cv-02004-X | Sealed v. Sealed |
| 27 | 3:22-cv-02177-L | Stiger v. USA |
| 28 | 3:22-cv-02308-X | Vascurado v. Mayorkas et al |
| 29 | 3:22-cv-02321-S | Sedwick v. McDonald |
| 30 | 3:22-cv-02453-E | Escobar v. Commissioner, Social Security Administration |
| 31 | 3:22-cv-02465-B | Gilbert v. USA |
| 32 | 3:22-cv-02616-X | Sealed v. Sealed |
| 33 | 3:22-cv-02807-X | SSCP Management Inc et al v. United States Small Business Administration et al |
| 34 | 3:22-cv-02908-K | Petlechkov v. United States of America |
| 35 | 3:22-mc-00037-X | Robinson et al v. United States of America |
| 36 | 3:23-cv-00045-E | Mauricio et al v. US Postal Service |
| 37 | 3:23-cv-00149-S | Doe v. Public Company Accounting Oversight Board |
| 38 | 3:23-cv-00203-M | Green v. Commissioner, Social Security Administration |
| 39 | 3:23-cv-00271-K | Green v. USA |
| 40 | 3:23-cv-00406-L | Jovel v. United States of America |
| 41 | 3:23-cv-00597-K | State Farm Life Insurance Company v. Wisocki et al |
| 42 | 3:23-cv-00779-S | Adetoro v. Experian Information Solutions Inc. |
| 43 | 3:23-cv-00980-X | Sherman v. DeJoy |
| 44 | 3:23-cv-01113-E | United States of America et al v. Mr Cooper Group Inc |
| 45 | 3:23-cv-01176-K | Crawford v. The United States of America et al |
| 46 | 3:23-cv-01256-N | Hardin v. Commissioner, Social Security Administration |
| 47 | 3:23-cv-01307-B | Dillard v. USA |
| 48 | 3:23-cv-01381-L | King v. USA |
| 49 | 3:23-cv-01501-M | Little v. Dallas RRM |

EXHIBIT A

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE IRMA C. RAMIREZ TO JUDGE REBECCA RUTHERFORD | | |
|---|---|---|
| # | Case No. | Case Name |
| 50 | 3:23-cv-01646-N | Gonzales v. Experian Information Solutions, Inc. |
| 51 | 3:23-cv-01743-N | Venkata et al v. Blinken et al |
| 52 | 3:23-cv-01799-X | Wyatt v. Director, TDCJ-CID |
| 53 | 3:23-cv-01853-E | Montez v. USA |
| 54 | 3:23-cv-01992-G | Vincent v. Commissioner, Social Security Administration |
| 55 | 3:23-cv-02041-G | Lewis v. Rivers |
| 56 | 3:23-cv-02060-K | US Equal Employment Opportunity Commission v. Erie Construction MidWest LLC |
| 57 | 3:23-cv-02157-L | United States of America v. Morgan et al |
| 58 | 3:23-cv-02180-D | Gamez-Herrera v. USA |
| 59 | 3:23-cv-02194-B | Walters v. Garland |
| 60 | 3:23-cv-02323-X | Al Dulaimi et al v. Garland et al |
| 61 | 3:23-cv-02338-K | Smith v. USA |
| 62 | 3:23-cv-02363-E | Jackson v. Wray et al |
| 63 | 3:23-cv-02436-D | Higgins v. Rivers |
| 64 | 3:23-cv-02445-L | Fuentes Garcia et al v. Jaddou |
| 65 | 3:23-cv-02474-B | Firstley v. United States of America |
| 66 | 3:23-cv-02514-D | Pahlavani v. Mayorkas et al |
| 67 | 3:23-cv-02550-N | White v. USA |
| 68 | 3:23-cv-02621-B | Sealed v. Sealed |
| 69 | 3:23-mc-00044-S | United States v. $29,285.00 in U.S. Currency |
| 70 | 3:23-mc-00043-S | Sealed v. Sealed |
| 71 | 3:23-cv-1373 | Martindale v. Home Depot USA Inc |